BARTHOLEMEW L. STAFFORD et al., Appellants, v. POLAR STEAMSHIP CORPORATION, Respondent.— Action to recover damages for breach of contract. Order granting defendant's motion for summary judgment dismissing the amended complaint and denying plaintiffs' cross motion for summary judgment and judgment on the pleadings, and the judgment entered thereon, unanimously affirmed, with $10 costs and disbursements. No opinion. Present — Close, P. J., Carswell, Johnston, Lewis and Aldrich, JJ.

THOMAS L. TAYLOR, JR., Appellant, v. CENTRAL SCHOOL DISTRICT No. 1, OF THE TOWNS OF WAPPINGER, POUGHKEEPSIE, FISHKILL, EAST FISHKILL and LA GRANGE, DUTCHESS COUNTY, and KENT and PHILLIPSTOWN, PUTNAM COUNTY, Respondent.— Action to recover damages for personal injuries sustained when plaintiff, while riding his bicycle on defendant's premises in the darkness, ran into a metal chain suspended across a driveway at the entrance to the property. Order setting aside the verdict of the jury in favor of the plaintiff as against the weight of the evidence unanimously affirmed, with costs to abide the event. No opinion. Present — Close, P. J., Hagarty, Carswell, Adel and Aldrich, JJ.

MARY VAN BRAMER, Appellant, v. SARA ROVE, Respondent, et al., Defendants.— Order denying appellant's motion to remove the cause from the Military Suspense Calendar and place it upon the Trial Term Day Calendar affirmed, without costs. There was no abuse of discretion in denying the motion. Close, P. J., Carswell, Adel, Lewis and Aldrich, JJ., concur.

## (October 15, 1945.)

WILLIAM L. CREEDEN et al., Respondents, v. SUPREME COUNCIL OF THE ROYAL ARCANUM, Appellant.— Motion for leave to appeal to the Court of Appeals denied. Present — Hagarty, Acting P. J., Carswell, Johnston, Adel and Lewis, JJ. [See ante, p. 844.]

In the Matter of BERTRAM L. TAYLOR, Respondent, against BOARD OF EDUCATION OF THE CITY OF NEW ROCHELLE, Appellant.— Motion for leave to appeal to the Court of Appeals denied. Present — Hagarty, Acting P. J., Carswell, Johnston, Adel and Lewis, JJ. [See ante, p. 905.]

WILLIAM J. McEVOY, Appellant, v. (AMERICAN) LUMBERMEN'S MUTUAL CASUALTY COMPANY OF ILLINOIS, Respondent.— Motion for reargument denied, without costs. Motion for leave to appeal to the Court of Appeals denied. Present — Hagarty, Acting P. J., Carswell, Johnston, Adel and Lewis, JJ. [See ante, p. 857.]

THE PEOPLE OF THE STATE OF NEW YORK ex rel. ABRAHAM H. ELKIND et al., Appellants, v. ABRAHAM ROSENBLUM et al., Respondents.— Motion for leave to appeal to the Court of Appeals denied. Present — Hagarty, Acting P. J., Carswell, Johnston, Adel and Lewis, JJ. [See ante, p. 859.]

ROBERT F. CUTLER, Respondent, v. LOUISE METCALFE, Appellant.— In an action for annulment of a marriage on the grounds of fraud, misrepresentation and concealment, order granting plaintiff's motion for an examination before trial modified on the law by striking out item number 8 and, as so modified, affirmed, without costs, the examination to proceed on five days' notice. No opinion. Close, P. J., Carswell, Adel, Lewis and Aldrich, JJ., concur.